[No. 6044–6–III.   Division Three.   January 17, 1985.]

LAWRENCE D. KLAAS, *Respondent,* v. ROY HAUETER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–2–00414–9, B. J. McLean, J. Pro Tem., entered July 27, 1983. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 11766–1–I.   Division One.   January 21, 1985.]

*In the Matter of the Marriage of* TARRY ASHMORE, *Respondent, and* DONALD C. ECKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–3–01825–8, Robert C. Bibb, J., entered April 22, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Ringold, J.

[No. 11810–2–I.   Division One.   January 21, 1985.]

HAUSER BUILDERS, INC., ET AL, *Appellants,* v. JANICE M. PEARL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 40047, Walter J. Deierlein, Jr., J., entered May 6, 1982. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Williams and Coleman, JJ.